## THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEWYORK
## BUFFALO DIVISION

|  |  |  |
|---|---|---|
| RICKY R. FRANKLIN | ) | Civil Action No: 18-cv-00161-(F) |
|  | ) |  |
| Plaintiff, | ) |  |
| v. | ) |  |
|  | ) |  |
| BISON RECOVERY GROUP, INC | ) |  |
| Defendant | ) |  |
|  | ) |  |

## PLAINTIFF'S MOTION FOR CONTINUANCEOR
## TELEPHONIC HEARING

Plaintiff, Ricky R. Franklin, Pro se, request a continuance for the upcoming

initial pretrial conference or in the alternative, Plaintiff can conduct a telephonic

hearing on January 7, 2020 at 1030a.m. Plaintiff has several doctors' appointments

with the Veterans Administration on January 6th and 7th and is unable to appear in

person. Neither party will be prejudiced by a telephonic hearing and Plaintiff is

able to take part in the conference by telephone at the number below.

Respectfully submitted, December 20th, 2019                    Ricky R. Franklin

708 Brambling Way
Stockbridge, GA 30281
rrfrank12@hotmail.com 678-650-3733





PRESS F

**P**

U.S. POSTAGE
**$7.35**
PM 3-DAY
30281 0004
Date of sale
12/20/19
06    2S
11486118

0476912201449948   SSK

## PRIORITY MAIL 3-DAY®

EXPECTED DELIVERY DAY: 12/24/19

0004

USDC - WDNY
DEC 23 2019
BUFFALO

C030

18-CV-161

SHIP
TO:

**2 NIAGARA SQ**
**BUFFALO NY 14202-3350**

### USPS TRACKING® NUMBER

9505 5066 5191 9354 1605 76

P S00001000014

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

USPS.C

To sch
Packa
scan th

P

Dat
USF
inte
Lim
Pick
Ord
Whe
decl
* Do

\* Domestic only.    ✕ For Domestic shipments, the maximum weight is 70 lbs. For International shipm

RMLY TO SEAL

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED


# PRIORITY
## ★ MAIL ★


**UNITED STATES**
**POSTAL SERVICE ®**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:

Ricky Franklin
708 Brambling Way
Stockbridge, GA 30281



TO:    Clerk of Court

2 Niagara Square
Buffalo, NY

14202

edule free
e Pickup,
QR code.



Label 228, March 2016          FOR DOMESTIC AND INTERNATIONAL USE

M/PICKUP

nts, the maximum weight is 4 lbs.