UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

RICKY R. FRANKLIN,

                          Plaintiff,                      **ORDER**

    v.

                                                      **18-CV-161V(F)**

BISON RECOVERY GROUP, INC.

                          Defendant.
_____

       By papers filed January 10, 2020, Plaintiff moves for summary judgment (Dkt. 16). Defendant's response shall be filed not later than **February 14, 2020.** Plaintiff's reply, if any, shall be filed not later than **February 28, 2020**. Oral argument shall be at the discretion of the court.

SO ORDERED.

                                                      /s/ *Leslie G. Foschio*
                                               _____
                                                 LESLIE G. FOSCHIO
                                             UNITED STATES MAGISTRATE JUDGE

Dates:  January 16, 2020
            Buffalo, New York