UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

RICKY R. FRANKLIN,

                              Plaintiff,                      **ORDER**

    v.

                                                        **18-CV-161V(F)**

BISON RECOVERY GROUP, INC.

                              Defendant.
_____

        By papers filed February 14, 2020, Defendant moves for summary judgment (Dkt. 22).  Plaintiff's response shall be filed not later than **March 18, 2020.**  Defendant's reply, if any, shall be filed not later than **April 3, 2020**.  Oral argument shall be at the discretion of the court.

SO ORDERED.

                                                        /s/ *Leslie G. Foschio*
                                        _____
                                          LESLIE G. FOSCHIO
                                       UNITED STATES MAGISTRATE JUDGE

Dates:  February 18, 2020
          Buffalo, New York