

50 Fountain Plaza
Suite 1700
Buffalo, NY 14202
Phone: 716.853.5100
Fax: 716.853.5199
lippes.com

September 14, 2020

VIA ECF
Hon. Leslie G. Foschio
U.S. District Court, Western District of New York
2 Niagara Square
Buffalo, NY 14202

      Re:    Franklin v. Bison Recovery Group, Inc.
               Case No.: 1:18-cv-00161

Dear Judge Foschio:

We are counsel for Defendant Everest Receivables Services, Inc. in the above matter.

In follow-up to the Court's Order (Doc. 36), please be advised that Defendant requests until October 16, 2020 to depose Plaintiff via video conference. Defendant requests an additional 30 days - until November 16, 2020 - to evaluate and file a dispositive motion of its own.

The Clerk has requested that this letter be filed as a motion.

Thank you for your courtesy and cooperation in this matter.

Very truly yours,

LIPPES MATHIAS WEXLER FRIEDMAN LLP

*/s Brendan H. Little*

Brendan H. Little

BHL/bmo

cc:    Ricky R. Franklin

**Brendan H. Little** | Partner | blittle@lippes.com

**New York:** Albany, Buffalo, New York City • **Florida:** Ponte Vedra Beach • **Ontario:** Greater Toronto Area • **Washington, D.C.**